# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EDDIE EARVIN BELL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70573 |
| EDDIE EARVIN BELL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70941 |

**FILED**

SEP 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from district court orders "regarding defendant's pro se motion N.R.C.P. Rule #60(B)(1)(2)(3)(4), relief from judgment and/or order" and denying a "motion N.R.C.P. #60(B)(3)(4) relief from judgment and/or order." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from such orders in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-27553

cc:    Hon. William D. Kephart, District Judge
       Eddie Earvin Bell
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk